IN THE UNITED STATES DISTRICT COURT
United States District Court for the Central District of Illinois

| | |
|---|---|
| **MICHAEL HENRY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No |
| | ) Jury Trail Demand |
| **Chief Justice Mary Jane Theis** | ) |
| **Appellate Court Judge Mary Ellen Coughlan** | ) |
| **Appellate Court Judge Michael B. Hyman** | ) |
| **Appellate Court Judge Terrance J. Levin** | ) |
| **Appellate Court Judge Aurelia Pucinski** | ) |
| **Chief Judge Timothy C. Evans** | ) |
| **Judge Louis Michael Nixon** | ) |
| **Judge Sophia Hall** | ) |
| **Judge E. Kenneth Wright Jr** | ) |
| **Judge Thomas W. Murphy** | ) |
| **Judge Kerry M. Kennedy** | ) |
| **Judge Mary Kathleen McHugh** | ) |
| **Judge Allen P. Walker** | ) |
| **Defendants.** | ) |

**Complaint**

## NATURE OF THE CASE AND OVERVIEW

1. This suit is Brought under 42. USC 1983, and The Violation of the Due Process Clause of the United States Constitution and the ongoing Violation of the Supremacy clause of the United States Constitution.

2. Each Defendant in this suit is a Judge in the State of Illinois and they systematically failed to supervise subordinate judges and the Subordinate Judges Ignored Rulings by the United States Supreme Court. The Illinois Courts attempts to establish Jurisdiction under Federal Law and the Illinois Courts Failed to follow Federal

    Procedures and rulings required to invoke the Federal Law. Further a representative of one of the Judges solicited a Bribe in Order to have Judge Thomas Murphy Dismiss the Case for its failure to establish a claim as required under Federal Law.

3. Since January of 2021 the Illinois Court system has lacked Jurisdiction to rule on or enforce Federal law.

4. Since April of 2021 Each and every Judge in this case ignored Federal law and a Ruling by the United States Supreme Court that removes State Court Jurisdiction again from the Illinois Courts and Judges.

5. Specifically, the Illinois rule of Civil Procedure are violating the Supremacy cause of the United States Constitution and the Judges have all ignored rulings by the United States Supreme Court and failed to follow its rulings and have attempted to take Jurisdiction under Federal Law and enforce Federal Law without following the law and procedures in order to establish Jurisdiction

6. Second all the Judges in this case, Chief Justice Mary Jane Theis, Appellate Court Judge Mary Ellen Coughlan, Appellate Court Judge Michael B. Hyman, Appellate Court Judge Terrance J. Levin, Appellate Court Judge Aurelia Pucinski, Chief Judge Timothy C. Evans, Judge Louis Michael Nixon, Judge Sophia Hall, Judge E. Kenneth Wright Jr, Judge Thomas W. Murphy, Judge Kerry M. Kennedy, Judge Mary Kathleen McHugh, Judge Allen P. Walker have chosen to ignore United States Supreme Court rulings even when presented with rulings that eliminate Jurisdiction of Illinois Courts.

7. When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost. Rankin v. Howard, (1980) 633 F.2d 844, cert den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.

8. A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts. Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938)

9.  Further review of the record In Case 2020 M5 00698 Cook County Courts show that rulings by a Judge who had an Associate Solicit a Bribe are Contrary to the law and as a matter of law Jurisdiction has been voided by the State Court Ruling over Federal Laws.

    *Under federal Law, which is applicable to all states, the U.S. Supreme Court stated that "if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification and all persons concerned in executing such judgments or sentences are considered, in law, as trespassers."*

    *Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)*

10. The Supreme Court has addressed Jurisdictional issues and misconduct based on violation of Jurisdictional issues on multiple occasions.

    *"Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction."*

    *Piper v. Pearson, 2 Gray 120, cited in Bradley v. Fisher, 13 Wall. 335, 20 L.Ed. 646 (1872)*

11. Judge Murphy, Judge McHugh and Judge Kennedy made rulings absent of jurisdiction that allowed the Village of Orland Park to deprive the plaintiff of his rights under Articles and Amendments 4,5,7,9 and 14 of the United States Constitution.

    *<u>A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts.</u>*

    *<u>Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938)</u>*

12. The Court continued ignoring its Jurisdiction issues and then made orders and modified its rulings absent of Jurisdiction

3

*"It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgment in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution."*

*Downs v. Bidwell, 182 U.S. 244 (1901)*

13. Chief Justice Mary Jane Theis, Appellate Court Judge Mary Ellen Coughlan, Appellate Court Judge Michael B. Hyman , Appellate Court Judge Terrance J. Levin, Appellate Court Judge Aurelia Pucinski, Chief Judge Timothy C. Evans, Judge Louis Michael Nixon, Judge Sophia Hall, Judge E. Kenneth Wright Jr, Judge Thomas W. Murphy, Judge Kerry M. Kennedy, Judge Mary Kathleen McHugh and Judge Allen P. Walker had a Duty to enforce and insure the enforcement of United States Supreme Court Rulings. Each Judge has Failed to review its dockets for cases affected by Supreme Court Rulings and Failed to ensure that Legal Precedent is followed. Each Judge has failed to Supervise subordinate Judges and ensure that United States Supreme Court rulings that effect cases are immediately implemented and that Illinois Court Rules do not supersede the United States Constitution.

14. **Chief Justice Mary Jane Theis, Appellate Court Judge Mary Ellen Coughlan, Appellate Court Judge Michael B. Hyman , Appellate Court Judge Terrance J. Levin, Appellate Court Judge Aurelia Pucinski, Chief Judge Timothy C. Evans, Judge Louis Michael Nixon, Judge Sophia Hall, Judge E. Kenneth Wright Jr, Judge Thomas W. Murphy, Judge Kerry M. Kennedy, Judge Mary Kathleen McHugh, Judge Allen P. Walker and the Illinois Courts and Illinois Rules of Procedure failed to implement Illinois Court Rules that reflect immediate dismissal of cases prior to completion of discovery when the United States Supreme Court rulings would cause a dismissal in State court if the Supreme Court ruling is followed when it occurs not years later in the discovery process**.

15. Since January of 2020 the Illinois Court system and untrained and unsupervised Judges in the Cook County Court systems have failed to follow the law and correctly enforce Federal Standards in Cases that invoke Federal Statues in a State Court.

16. The State Courts have failed to strictly follow Federal pleading Guidelines and allowed Untrained abusive Local governments to file lawsuits involving Federal law trying to take advantage of the ignorance, untrained and Poorly educated Judges in the Cook County Court System.

17. When Invoking Federal laws, the laws must be strictly followed based on Federal Court Rulings.

18. The Underlying Case in this suit will is 2020 M5 00698 the Village of Orland Park Vs Michael Henry.

19. In this case the Village filed a fabricated Political attack lawsuit against the Defendants. The Village decided to file a private right of action under 47 U.S.C. 227. After the Illinois Attorney General's Office said they had no case. The suit followed none of the required Federal proceedings or specific pleading requirements under Federal law to initiate a suit under 47 U.S.C. 227.

20. Defendant Henry Notified the Judge in the Case Thomas Murphy and filed a motion to dismiss. The judge ignored Federal law and did not dismiss immediately.

21. The underlying lawsuit does not give the day date and time of the alleged calls as required by 13 Different 7th Circuit and Supreme Court Rulings.

22. The underlying lawsuit does not give the name of the alleged Victims, the phone number of the alleged Victims the number that called the alleged victims and fails to even properly plead that a robocall occurred. See Exhibit I

23. When all of these issues were brought up, Murphy was clueless, and said let's do discovery so I can try and figure out what is going on.

24. After this occurred someone claiming to represent Murphy contacted defendant Henry and asked for a cash contribution to the Democratic Party of Cook County and indicated this contribution would help to resolve the issues Murphy failed to address on the improper filing of a Federal Claim in Cook County Court.

25. Murphy recused himself after suit was filed. In the meantime, the United States Supreme Court Issued a ruling in Facebook, Inc. v. Duguid 19-511 where it specifically laid out the exact pleading Standard and what was required to maintain a lawsuit under 42 U.S.C. 227. The Court specifically said that in order to maintain any suit under 42 U.S.C. 227 the case must clearly show that an auto dialer was used that is capable of Generating Random Phone Numbers and then dialing those specific randomly generated phone Numbers with a message. Exhibit II

26. As a result of this ruling over a thousand cases were dismissed by Federal Judges in every District in the United States.

27. When this Ruling was given to Judge McHugh who was assigned the case after Murphy was removed, she again said she did not understand the law and wanted discovery to continue.

28. The failure to supervise Murphy and McHugh and the lack of following Supreme Court Rulings is the Direct result of Judicial Misconduct by Kerry Kennedy the Presiding Judge in Bridgeview Illinois.

29. Kennedy failed to ensure that Rulings by The Supreme Court were followed and verify that Jurisdiction could even occur in the Illinois Courts.

30. Kennedy Failed to Implement a procedure that Checked the Court Dockets of the Judges he Supervised and properly Train Cook County Judges how to Implement Rulings by the Supreme Court of the United States. Kennedy ignored the Supremacy clause of the United States Constitution and the Due Process Clause of the

United States Constitution and Failed to enforce the United States Supreme Court and its Rulings.

31. Attached as exhibit I is the Fabricated improperly plead lawsuit and Exhibit II is the United States Supreme Court Ruling.

32. **The Village of Orland Park has argued that under Illinois Law discovery must continue until written is Complete and Judge McHugh was so improperly supervised, she decided that she did not have to Follow United States Supreme Court Rulings and continued a case that the Court now lacked Jurisdiction to hear based on these rulings.**

33. What is clear each Defendant Chief Justice Mary Jane Theis, Appellate Court Judge Mary Ellen Coughlan, Appellate Court Judge Michael B. Hyman   , Appellate Court Judge Terrance J. Levin, Appellate Court Judge Aurelia Pucinski, Chief Judge Timothy C. Evans, Judge Louis Michael Nixon, Judge Sophia Hall, Judge E. Kenneth Wright Jr, Judge Thomas W. Murphy, Judge Kerry M. Kennedy, Judge Mary Kathleen McHugh and  , Judge Allen P. Walker ignored the Supreme Court , waived Judicial Immunity as the Cook County Court Lacks Jurisdiction to hear this suit based on the United States Supreme Court Ruling in United States Supreme Court Issued a ruling in Facebook, Inc. v. Duguid 19-511 where it specifically laid out the exact pleading Standard and what was required to maintain a lawsuit under 42 U.S.C. 227.  The Court specifically said that in order to maintain any suit under 42 U.S.C. 227 the case must clearly show that an auto dialer was used that is capable of Generating Random Phone Numbers and then dialing those specific randomly generated phone Numbers with a message.

34. After Judge McHugh was removed in Bridgeview the Case Judge Kerry Kennedy Ignored the United States Supreme Court Rulings and instead of dismissing the Case and Following the Supreme Court Rulings, he Transferred to the Chief Judge Evans and Judge

7

Wright. Who spent 30 days reviewing the file and failed again to enforce the Supreme Court Ruling and transferred this case to a 4th Judge in Chancery Court Sophia Hall.

35. What is Clear as each Judge who reviewed this case would have found a motion that Specifically called for the Dismissal of the case based on the Supreme Court Rulings.

36. They all failed to follow the Law and ignored the Supremacy Clause of the Constitution.

## JURISDICTION

37. Jurisdiction over this action is based on 28 U.S.C. Part IV, Chapter 85 Sections 1331

## VENUE

38. Venue in this district is proper under 28 U.S.C. Part IV, Chapter 87 Section 1391, Section 1402 and Section 1442 as Springfield is the Home of the Illinois Supreme Court.

## JURY TRIAL DEMAND

39. Pursuant to the United States Code and the Federal Rules of Civil Procedure Plaintiff Michael Henry Demands a Jury Trial

# BACKGROUND

39.    The Village of Orland Park at the Direction of its Mayor Keith Pekau Filed the lawsuit in State Court even after being Told by the Illinois Attorney General they had no case.   The State Court Venue was picked so the Village could perpetrate a fraud on the Court and take advantage of unskilled Statee Court Judges.

40 . This Suit was Political as Plaintiff Henry kept exposing Public Corruption

41. Throughout this Case Howard Jablecki has lied to the court and mislead the Court.

42. At all times Jablecki and his firm have perpetrated a fraud on this Court even though they had evidence and New Michael Henry had nothing to do with the Robocalls.

43.  As an undisputed fact on September 15, 2022 its Mayor Keith Pekau who was running for Congress told over 16 thousand People that the Democratic Party of Illinois was in fact making these calls.

> Many of you have also been subject to the continued vile defamatory robocalls about me that the Democratic machine has perpetrated for over four years.  Those calls are now going throughout the entire 6th Congressional district.  These show how disgustingly low the Democratic machine will stoop to try to remain in power.

44.    Attached as Exhibit III is the Congressional Update by Orland Parks Mayor Keith Pekau.  What is Clear is that Village Attorney Howard Jablecki And his firm Klein Thorpe and Jenkins billed in excess of 300 thousand dollars for a suit paid by the taxpayers of Orland Park while perpetrating a

fraud on the Court by Keith Pekaus own admission that the alleged robocalls were made by the Illinois Democratic Party not Michael Henry

42. In December of 2019 Pekau attacked Plaintiff Michael Henry. Plaintiff found articles on the Public Corruption of Pekaus father who was a board member in the 1970s for the Village of Orland Park and the articles detailed Pekau 's Father seeking illegal campaign contributions from Developers who were working on annexation and zoning agreements with the Village.
.

## THE LAW

54. The Village of Orland Park has Ignored Federal laws and filed in the Circuit Court trying to make a claim not allowed by the Federal Government or Statue.

55. Attached as Exhibit I is the Lawsuit filed by the Village and its Attorney in Civil and Criminal Violation of the laws of the United States.

61. Attorney Jablecki was notified in May of 2021 that the United States Supreme Court Defined what exactly was required by Federal Law to file A lawsuit under the TCPA and was aware he had not met the pleading requirements but had in fact under information and belief arraigned for campaign donations to keep the lawsuit on the Court docket.

62. At all times Attorney Jablecki Ignored the Illinois rules of Professional Conduct and failed to disclose to the Cook County Court that the Supreme Court ruling ended all of the claims.

## Count I

63.     Mr. Henry incorporates by reference paragraphs 1 through 62 above as if fully set here.

Wherefore Plaintiff Prays that the court awards Plaintiff the Sum of 1 Million Dollars in Actually damages jointly and severally against each defendant Chief Justice Mary Jane Theis, Appellate Court Judge Mary Ellen Coughlan, Appellate Court Judge Michael B. Hyman, Appellate Court Judge Terrance J. Levin, Appellate Court Judge Aurelia Pucinski, Chief Judge Timothy C. Evans, Judge Louis Michael Nixon, Judge Sophia Hall, Judge E. Kenneth Wright Jr, Judge Thomas W. Murphy, Judge Kerry M. Kennedy, Judge Mary Kathleen McHugh and Judge Allen P. Walker.

Wherefore Plaintiff Prays that the court awards Plaintiff the Sum of 10 million Dollars in Punitive damages jointly and severally against each defendant Chief Justice Mary Jane Theis, Appellate Court Judge Mary Ellen Coughlan, Appellate Court Judge Michael B. Hyman    , Appellate Court Judge Terrance J. Levin, Appellate Court Judge Aurelia Pucinski, Chief Judge Timothy C. Evans, Judge Louis Michael Nixon, Judge Sophia Hall, Judge E. Kenneth Wright Jr, Judge Thomas W. Murphy, Judge Kerry M. Kennedy, Judge Mary Kathleen McHugh and Judge Allen P. Walker.

Further the Plaintiff request that a special prosecutor be appointed to report to this court on the public corruption and bribery solicitation by Cook County judges and whatever else this court sees fit!

Respectfully Submitted

__/Michael Henry/_____
Michael F. Henry
13233 Bundoran Court
Orland Park, Illinois 60462
Michaelfhenry@live.com